IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-027-KDB-DCK

| | |
|---|---|
| **JEFFREY KEITH RECTOR,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **NIRVANA EXTRACTIONS, LLC, et al.,** | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding Defendants' "Motion To Dismiss" (Document No. 6) and "Motion To Dismiss" (Document No. 8) filed April 28, 2023. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Plaintiff's responses to the pending motions were due by April 11, 2023. Plaintiff has failed to file any response or to seek an extension of time to do so.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall **SHOW CAUSE**, on or before **April 24, 2023**, why the pending motions should not be granted.

**SO ORDERED**.

Signed: April 19, 2023

David C. Keesler
United States Magistrate Judge